STATE OF CONNECTICUT *v.* GREGORY BRADLEY
(12461)

LAVERY, FREEDMAN and SPEAR, Js.

Argued February 22—decision released March 22, 1994

*Thomas M. Conroy,* special public defender, for the appellant (defendant).

*Pamela S. Meotti,* deputy assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *James Clark,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.